*E-Filed 10/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDY MORENO, | No. C 13-3848 RS (PR) |
| Petitioner, | **ORDER REOPENING ACTION** |
| v. | |
| GREG LEWIS, | |
| Respondent. | |

This federal habeas action was dismissed because petitioner failed to pay the filing fee. The fee has now been paid. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 5) and the order of dismissal (Docket No. 4) are VACATED. The Court will review the petition in a separate order.

**IT IS SO ORDERED**.

DATED: October 10, 2013

RICHARD SEEBORG
United States District Judge